IN the INTEREST OF M.L.D.,

JUVENILE OFFICER, Respondent,

v.

Michael Lee DAVIS, Appellant.

No. WD 51450.

Missouri Court of Appeals,
Western District.

March 26, 1996.

Madonna L. Limberg, Kansas City, for appellant.

Donald Lee Cain, Kansas City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SMITH, JJ.

## *ORDER*

PER CURIAM.

Appeal from § 211.181.3, RSMo 1994, judgment and commitment to Division of Youth Services for violating § 570.030.1, RSMo 1994, misdemeanor stealing.

Judgment affirmed. Rule 84.16(b).